John J. Murphy, Appellant, v. William S. Hurley and Others, Respondents. (Appeal No. 2.) — Order affirmed, with ten dollars costs and disbursements, on the authority of *Murphy* v. *Hurley* (Appeal No. 1) (*ante*, p. 465), decided herewith. Jenks, P. J., Burr, Thomas, Carr and Woodward, JJ., concurred.

Norwegian Lutheran Trinity Church of Brooklyn and Vicinity, Appellant, v. Meyer Krelsovitch, Respondent, and Another, Defendant.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Hirschberg, Thomas, Carr and Rich, JJ., concurred.

Christopher J. O'Connell, Respondent, v. The Press Publishing Company, a Domestic Corporation, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Hirschberg, Thomas, Carr and Rich, JJ.

The People of the State of New York, Respondent, v. Michael De Vito, Appellant.— Judgment of conviction affirmed. No opinion. Hirschberg, Burr, Thomas, Woodward and Rich, JJ., concurred.

The People of the State of New York, Respondent, v. David Karpel, Appellant.— Judgment of conviction of the County Court of Kings county affirmed. No opinion. Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ., concurred.

The People of the State of New York ex rel. William G. Campbell, Appellant, v. Maurice E. Connolly, as President of the Borough of Queens, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, Burr, Woodward and Rich, JJ., concurred; *Jenks, P. J.*, dissented.